IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON CANNON,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **POLICE OFFICER AARON WILLIS et al.,** | : | No. 14-5388 |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 19th day of August, 2016, upon consideration of Defendant Police Officer Aaron Willis's Motion for Summary Judgment (Docket No. 21), Plaintiff's Response in Opposition (Docket No. 22), Plaintiff's Amended Response in Opposition (Docket No. 28), the Exhibit to the Motion for Summary Judgment (Docket No. 30), and following oral argument held on February 3, 2016, **the Court hereby ORDERS** that Defendant Police Officer Aaron Willis's Motion for Summary Judgment (Docket No. 21) is **GRANTED IN PART** and **DENIED IN PART** consistent with the following:

1. Mr. Cannon's § 1983 claim based on a violation of the Equal Protection Clause of the Fourteenth Amendment (Count 6), his assault claim (Count 7), and his claim for intentional infliction of emotional distress (Count 9) are deemed withdrawn;

2. The Motion is **GRANTED** as to Mr. Cannon's claims for conversion (Count 12), civil conspiracy (Count 13), and abuse of process (Count 11);

3. The Motion is **DENIED** as to all remaining claims (Counts 2, 4, 8, and 10), as well as Defendant Police Officer Aaron Willis's qualified immunity defense.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge